UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Frank Applewhite-Bey,

          Plaintiff,

   vs.                                   ORDER

Lewis C. Tripoli, M.D., Dean
Lee, M.D., and Correctional
Medical Services, Inc.,

          Defendants.      Civ. No. 05-2160 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

    1.    That the Plaintiff's Motion for Entry of Default Judgment [Docket No. 11] is denied.

    2.    That the Defendants' Motion for Enlargement of Time to Serve and File Answer [Docket No. 20] is granted.

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court

DATED: May 10, 2006
At Minneapolis, Minnesota