UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA


Frank Applewhite-Bey,                    Civil No. 05-2160 DSD/RLE

           Plaintiff,

v.                                              **ORDER**

M.D. Lewis C. Tripoli,
M.D. Dean Lee, and Correctional
Medical Services, Inc.,

           Defendants.


    *Pro Se* plaintiff.

    John B. Casserly, Esq., Geraghty O'Loughlin & Kenney, 386
    North Wabasha Street, Suite 1400, St. Paul, Minnesota,
    counsel for defendants.


    This matter is before the court upon plaintiff's objections to the report and recommendation of Chief Magistrate Judge Raymond L. Erickson dated May 11, 2006. In his report, the magistrate judge recommended that petitioner's motions for various forms of injunctive relief should be denied.

    The court reviews the reports and recommendations of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C). The court finds that the report and recommendation of the magistrate judge is well-reasoned and correctly disposes of plaintiff's motions. Therefore, the court adopts the report and recommendation of the magistrate judge in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for an order directing the prison's mail room to dispatch his mailings with the "Bey" suffix appended to his birth name [Doc. No. 36] is denied.

2. Plaintiff's motion for an order directing the Minnesota Department of Corrections to allow defendants' attorney to meet with plaintiff [Doc. No. 37] is denied.

3. Plaintiff's motion for an order prohibiting any change in the title of this case without a court order [Doc. No. 38] is denied.

Dated: June 19, 2006

                                           s/ David S. Doty
                                           David S. Doty, Judge
                                           United States District Court