```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 05-2160(DSD/RLE)
```

Frank Applewhite-Bey,

       Plaintiff,

v.                                                      **ORDER**

M.D. Lewis C. Tripoli,
M.D. Dean Lee and
Correctional Medical
Services, Inc.,

       Defendants.


      This matter is before the court upon plaintiff's pro se objections to the report and recommendation of Chief Magistrate Judge Raymond L. Erickson dated February 16, 2007. In his report, the magistrate judge recommends that defendants' motion for summary judgment be granted and plaintiff's "Motion Moving the Court for an Order Mandating That An Expert Witness Is Not Required" and "Motion to Accept Plaintiff's Objections to Reply Memorandum" be denied as moot.

      The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Plaintiff objects to the report and recommendation on several grounds but provides no apposite legal authority that supports his contentions. The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of defendants' and plaintiff's motions.

Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 92] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment [Doc. No. 61] is granted.

2. Plaintiff's "Motion Moving the Court for an Order Mandating That An Expert Witness Is Not Required" [Doc. No. 34] is denied as moot.

3. Plaintiff's motion "Motion to Accept Plaintiff's Objections to Reply Memorandum" [Doc. No. 84] is denied as moot.

Dated:  March 21, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court
